# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner | ) ) ) |
| | ) Case No. 8:25cv561 |
| v. | ) ) |
| BMO BANK, | ) ) |
| Respondent | ) ) |

### UNITED STATES' PETITION ENFORCE TO DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE SUMMONS

COMES NOW the United States of America, acting through the Department of the Treasury, Internal Revenue Service, an agency thereof, by and through Lesley A. Woods, United States Attorney for the District of Nebraska, and Shereece Dendy-Sanders, Assistant United States Attorney, aver to this Court as follows:

1. Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2. Defendant, BMO Bank, has a principal place of business within the boundaries of this District.

3. Revenue Office Marissa Mossi ("Revenue Officer Mossi") is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Western Area of the Internal Revenue Service in San Jose, California.

4. Revenue Officer Mossi is conducting an examination/investigation of John G. Snider, Colleen Snider, and J G Snider Enterprises, Inc. The investigation concerns J G Snider Enterprises, Inc's federal income tax liabilities for tax periods ending:

    March 31, 2019, June 30, 2019, September 30, 2019, March 31, 2020, June 30, 2020, September 30, 2020, December 31, 2020, June 30, 2021, September 30, 2021, December 31, 2021, December 31, 2022, and December 31, 2023. The summonses seek information that the IRS does not already possess and that may be relevant to the investigation.

5. In her capacity as an IRS Revenue Officer, Revenue Officer Mossi, is authorized to issue IRS summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, 26 C.F.R. § 301.7602-15, and IRS Delegation Order No. 4 (as revised).

6. Pursuant to the above-described investigation, on September 30, 2024, Revenue Officer Mossi issued an IRS Administrative Summons to BMO Bank directing BMO Bank to appear before Revenue Officer Mossi on October 21, 2024 at 9:00 a.m., at the place identified in the summons. The summons directed BMO Bank to appear and to give testimony and produce for examination certain books, papers, records, or other data a described in the summons.

7. Revenue Officer Mossi served an attested copy of the summonses via certified mail to BMO Bank's Naperville, IL address on September 30, 2024.

8. Revenue Officer Mossi received signed certified mail receipts from BMO indicating a delivery date of October 7, 2024.

9. Revenue Officer Mossi also provided notice of the summonses to Colleen Snider and John G. Snider via certified mail and received the four mailing of notices back as "Unclaimed" from these taxpayers on October 30 , 2024.

10. BMO Bank sent Revenue Officer Mossi an acknowledgment letter, dated October 10, 2024, stating that the request was received and being processed.

11. BMO Bank then sent another letter on November 19, 2024 in regard to Colleen Snider, stating that they would not be able to comply with the deadline noted on the subpoena and would produce the records on or around December 31, 2024. As of today, BMO Bank has not provided the requested documentation.

12. BMO Bank sent an additional letter on December 5, 2024 in regard to John G Snider, stating that they would not be able to comply with the deadline noted on the subpoena and would produce the records on or around January 31, 2025. As of today, BMO Bank has not provided the requested documentation.

13. On February 6, 2025, the IRS Office of Chief Counsel sent BMO Bank a "last chance" letter requesting BMO Banks' appearance at an appointment with Revenue Officer Mossi on February 17, 2025. BMO Bank did not appear nor did the taxpayers.

14. On February 19, 2025 I received two separate mailings, one for Colleen Snider an one for John G Snider, each containing an encrypted USB drive from BMO Bank, each USB drive is in a non-readable encrypted format the I am unable to open, download, or read its contents, making BMO's compliance not valid, to date BMO Bank has failed to comply with the summons.

15. The testimony and documents described in the summons are not already in the possession of the IRS.

16. All administrative steps required by the IRS for the issuance of the IRS summons have been followed.

17. The testimony, books, records, papers, and/or other data sought by the summons may be relevant to the IRS' investigation.

18. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d)(2) with respect to John Bannister for the years under investigation.

19. In order to obtain enforcement of a summons, the United States must establish that the summons: 1) is issued for a legitimate purpose; 2) seeks information relevant to that purpose; 3) seeks information that is not already within the IRS' possession; and 4) satisfies all administrative steps required by the IRS. United States v. Powell, 379 U.S. 48, 57-58 (1964).

20. The attached Declaration of Revenue Officer Mossi establishes the government's prima facie showing under *Powell*.

WHEREFORE, the United States respectfully prays as follows:

A. That this Court enter an order directing the respondent to show cause in writing, if any, why it should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B. That this Court enter an order directing the Respondent to fully obey the subject summons and each requirement thereof, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Officer Mossi, or any other proper officer or employees of the IRS, at such time and place as may be set by Revenue Officer or any other proper officer or employee of the IRS;

C. That the United States recover its costs incurred in maintaining this proceeding; and

D. That the Court grant such other and further relief as the court deems proper or justice may require.

        LESLEY A. WOODS
        United States Attorney

By: s/ Shereece Dendy-Sanders
   SHEREECE DENDY-SANDERS, #24638
   Assistant U.S. Attorney
   1620 Dodge Street, Suite 1400
   Omaha, NE 68102-1506
   Tel: (402) 661-3700
   Fax: (402) 661-3081
   Email: shereece.dendy-sanders@usdoj.gov